# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **Pedro Lopez-Estrada,** *Petitioner* | § | |
| | § | |
| **v.** | § | **No. 1:26-cv-02271-ADA-SH** |
| | § | |
| **Charlotte Collins,** ***Warden, et al.,*** *Respondents* | § | |
| | § | |

## ORDER

On October 1, 2026, Federal Respondents filed a status report as to whether Petitioner's Petition is moot.[1] Dkt. 10. An immigration judge granted Petitioner voluntary departure and he was ordered to depart by October 1, 2026. Dkt. 10-1. Respondents state that "Petitioner remains detained." *Id.* at 1.

Because Petitioner remains in custody, the Court **ORDERS** Federal Respondents to file either (1) a motion to dismiss within **14 days** of Petitioner's departure, or (2) a status report by **December 14, 2026** explaining the status of the Petition, whichever occurs first.

**SIGNED** on October 13, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The Honorable Alan D Albright (ret.) referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.